YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, Respondents, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and EDWIN A. LEE and Others, a Copartnership, Trading under the Firm Name of LEE & Co., Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, granting plaintiffs' motion to strike out the first, second, third, fourth and fifth defenses contained in the amended answer of defendants-appellants, on the ground of insufficiency, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.; O'Malley, J., dissents as to the first and third defenses in the amended answer of said defendants and votes to reverse the order appealed from in so far as the same strikes out said defenses, and to deny the motion to strike out said defenses.

WILMA E. GOULD, Respondent, v. NORMAN J. GOULD and Others, Appellants.— Action for damages due to conspiracy among defendants to terminate obligation of a separation agreement between plaintiff and Edward B. Gould and to obtain a divorce. The large sum allowed as damages in this case may be accounted for only by the fact that the jury was influenced by incompetent evidence admitted during the trial — particularly the testimony in the insanity proceeding against all the defendants. Judgment and order unanimously reversed and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

DULCENIA PROCTOR, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.—Action to recover under the double indemnity provisions of certain policies of insurance issued by defendant upon the life of plaintiff's husband. The overwhelming evidence established the fact of suicide. While there were errors in the admission and exclusion of evidence, we are of opinion that even if they had been avoided, no different verdict would have been reached by the jury. Judgment unanimously affirmed, with costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HARKAWAY and JOHN STEWART, Appellants.— Judgment convicting defendants of violation of section 1432-a of the Penal Law (unlawfully interfering with a coin box telephone) unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. CHARLES B. HALSEY and Others, Appellants.—Action brought to foreclose a consolidated bond and mortgage made by defendants to plaintiff on November 27, 1929, the lien of which was spread over the premises now in foreclosure, by an agreement of the same date between the same parties. Order granting plaintiff's motion for summary judgment and appointing a referee to take and state the account unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

PHILIP L. SMITH and Others, Copartners, etc., Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, Appellant, Impleaded with Another, Defendant.— Action brought by plaintiffs, depositors in defendant bank, to recover the loss caused by the bank's wrongful payment of two checks on forged indorsements of the payee's name. Order granting plaintiffs' motion for summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.